SCOTT N. SCHOOLS (SC 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

BRIGID S. MARTIN (CSBN 231705)
Special Assistant U.S. Attorney

    450 Golden Gate Ave (11th Floor)
    San Francisco, CA 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    Email: brigid.martin2@usdoj.gov

Attorneys for the United States

ORIGINAL FILED

JUL 17 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CRIMINAL NO. 3-07 70426 |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| NEAL ORLANDO ARMSTRONG, | ) |
| Defendant. | ) |

    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on July 17, 2007, the above-named defendant was arrested based upon a bench warrant (copy attached) issued upon an

☐ Indictment

☐ Information

☐ Criminal Complaint

X  Other (describe) – <u>Form 12/Violation of Supervised Release</u>.

pending in the Middle District of Georgia, Case Number 1:03-CR-8-001 (WLS).

1

1  In that case, the defendant is charged with a violation(s) of Title(s) __18__ United States
2  Code, Section(s) _3565/3583(e)_____ .
3  Description of Charges: _Violation of Supervised Release_____ .

Respectfully Submitted,
SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

Date: _July 17, 2007_

_____
BRIGID S. MARTIN
Special Assistant U.S. Attorney

2

PROB 19
(Rev. 5/92)

# UNITED STATES DISTRICT COURT

06 20 07/2 1301D
for  US MARSHALS SERVICE, M/GA
F1D # 9F6038

## MIDDLE DISTRICT OF GEORGIA

2007 JUL 10 A 8:31

U.S.A. vs   Neal Orlando Armstrong          Docket No.   1:03-CR-8-001 (WLS)

TO:[1]   ANY UNITED STATES MARSHAL OR ANY AGENT OF THE FBI

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |
|---|
| You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |

| NAME OF SUBJECT | SEX | RACE | AGE |
|---|---|---|---|
| Neal Orlando Armstrong | M | B | 34 |
| ADDRESS (STREET, CITY, STATE) | | | |
| 2107 Waddell Avenue, Albany, GA 31707 | | | |
| SENTENCE IMPOSED BY (NAME OF COURT) | DATE IMPOSED | | |
| Middle District of Georgia | 12/30/2003 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) | | | |
| U. S. District Court, Albany, GA | | | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Gregory J. Leonard | [signature] | 7/6/06 |

### RETURN

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| EXECUTIVE AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any special agent of the Federal Bureau of Investigation;" or "any United States Marshal or any special agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
06 JUL -6 PM 1:00
DEPUTY CLERK

UNITED STATES OF AMERICA

Vs.

NO. 1:03-CR-8-001

Neal Orlando Armstrong
Supervised Releasee

## PETITION FOR ACTION ON SUPERVISED RELEASE

COMES NOW the undersigned supervising officer who shows to the court that the above-named supervised releasee ("offender") is under the supervision of the United States Probation Office for the Middle District of Georgia as follows:

| | |
|---|---|
| NAME OF SENTENCING JUDGE: W. Louis Sands | DATE OF ORIGINAL SENTENCE: 12/30/2003 |
| ORIGINAL OFFENSE: | Conspiracy to Possess W/I/T Distrubute Marijuna |
| ORIGINAL SENTENCE: | 52 Months BOP, 36 months TSR to follow. Rule 35 reduced sentence to 37 months BOP 36 months TSR to follow. (01/26/05) |
| TYPE SUPERVISION: Supervised Release | DATE SUPERVISION COMMENCED: 02/02/2005 |
| ASSISTANT U. S. ATTORNEY Scott Winne | DEFENSE ATTORNEY: Johanie Graham |

### PETITIONING THE COURT

■ To issue a warrant
☐ To issue a summons
☐ To toll the term of supervision

The offender has violated conditions of supervision as follows:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The supervised releasee failed to submit a truthful and complete written report within the first five days of each month, in violation of standard condition # 2. The supervised releasee has failed to submit a written monthly report for February 2006, March 2006, April 2006 and May 2006. |

07/17/2007 13:53    14154367669         US MARSHALS SF              PAGE 04/09
07/17/2007 12:50    51063/3674          USMS OAKLAND                PAGE 04/09
07/17/2007 03:32    4787523402          USMS M/GA CRIMINAL          PAGE 04/05

Case 3:07-mj-70426-MAG     Document 1     Filed 07/17/2007     Page 5 of 10

2. The supervised releasee has failed to refrain from violation of the law, in violation of the mandatory condition of supervision. On or about January 19, 2006, the supervised releasee committed the offenses of Possession of Cocaine with intent to Distribute and Possession of Marijuana with intent to distribute in Dougherty County, Georgia.

3. The supervised releasee has failed to notify the probation officer within seventy-two (72) hours of being arrested or questioned by law enforcement officer, in violation of standard condition # 11. On or about January 19, 2006, the supervised releasee was questioned by officers with the Albany Dougherty County Drug Unit, Albany, Georgia and he failed to notify the probation officer.

4. The supervised releasee has failed to notify the probation officer at least ten days prior to any change in residence, in violation of standard condition # 6. On or about May 1, 2006, the supervised releasee moved from he approved residence of 2107 Waddell Avenue, Albany, GA, and his whereabouts are unknown.

U.S. Probation Officer Recommendation:

Based on the alleged violations, it is recommended that the term of supervision should be

■ revoked.

☐ extended for _____, for a total term of _____

☐ modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.
This 27th day of June, 2006.

Scott K. Howell
U.S. Probation Officer

## ORDER OF THE COURT

Upon consideration of the within and foregoing Petition, IT IS ORDERED AND DIRECTED:

☑ that the Clerk shall issue a BENCH WARRANT directing that the offender be taken into custody and brought before the court to answer the allegations set forth herein.

☐ that SUMMONS shall issue directing the offender to appear before the court to answer the allegations set forth herein.

☐ that the running of the sentence of supervision shall be tolled pending a determination of the allegations set forth herein.

☐ that the term of supervision shall be modified as recommended by the Probation Officer and agreed to by the offender.

☐ Other:

SO ORDERED AND DIRECTED, this 5th day of July, 2006.

CHIEF UNITED STATES DISTRICT JUDGE



U.S. Department of Justice
United States Marshals Service

**PRISONER REMAND OR ORDER TO DELIVER AND RECEIPT FOR UNITED STATES PRISONERS**

UNITED STATES MARSHAL
DISTRICT OF CA

TO: Alameda Co. Jail - Glen Dyer (Name & Title)

DATE: 7/17/07

☐ are herewith remanded to your custody
☐ are to be delivered to representative presenting and signing this order

1. Armstrong, Neal
2.
3.
4. Transfer to USMS
5. Custody
6.

BY: [signature] U.S. Marshal

THE ABOVE NAMED UNITED STATES PRISONER(S) WERE RECEIVED:

BY: [signature] Transfer to USMS Custody
TITLE: United States Marshal
DISTRICT OR ORGAN. ADDRESS:

RECEIPT

(PRIOR EDITIONS MAY BE USED)

Form USM-41
(REV. 11/93)
(Supersedes USM-40,
Short Form)

United States Marshals Service
LIMITED OFFICIAL USE
Subject Report for ARMSTRONG,NEAL ORLANDO (FID 746038)



Name : ARMSTRONG,NEAL ORLANDO
FID# : 746038
Status : ACTIVE  Subject is in NCIC
Subject Category : 1

### Alias List

| Seq. # | Alias | Seq. # | Alias |
|---|---|---|---|
| 1 | ARMSTRONG,NEAL ORLANDA | 5 | ARMSTRONG,NEAL O |
| 2 | JARMSTRONG,TERRY | 6 | ARMSTRONG,TERRY |
| 3 | ARMSTRONG,TERR | 7 | ARMSTRONG,PEANUT |
| 4 | ARMSTRONG,CHIEF | 8 | ROBINSON,GARY JABBAR |

### DOB List

| Seq. # | Date of Birth | Place of Birth |
|---|---|---|
| 1 | 03/26/1972 | GA - GEORGIA |
| 2 | 12/06/1969 | |
| 3 | 03/11/1973 | |

### Social Security Number List

| Seq. # | Social Security Number |
|---|---|
| 1 | 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 |
| 2 | 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 |
| 3 | 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 |
| 4 | 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 |
| 5 | 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 |
| 6 | 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 |

### FBI Number List

| Seq. # | FBI Number |
|---|---|
| 1 | 817842MA8 |

### Subject Description List

| Seq. # | Eyes | Hair | Height | Weight | Skin | Race | Sex | Marital Status |
|---|---|---|---|---|---|---|---|---|
| 1 | BRO | BLK | 604 | 225 | MBR | B | M | |

Fingerprint Number : 235813121021621401405
Citizenship : US - USA

### Picture/Image List

| Seq. # | District | Remark |
|---|---|---|
| 1 | A20 | DOUGHERTY COUNTY JAIL MUG |

### Scars, Marks and/or Tattoos List

| Seq. # | Scar/Mark/Tattoo |
|---|---|
| 1 | SC L ARM |
| 2 | SC L LEG |
| 3 | SC BACK |

### Miscellaneous Number List

| Seq. # | Miscellaneous Number | Issue Date | Exp. Date | Remark |
|---|---|---|---|---|
| 1 | OA-103CR8004WLS | | | M/GA'S CASE # |
| 2 | OA-GA1659508P | | | GA SID |
| 3 | OA-TX06620606 | | | TX SID |
| 4 | OA-054303514 | | | GA DLN |

Seq. #  Phone

### Operator License List

Seq. #  Operator License  State  Year

07/17/2007 3:36 PM EDT                                                                                       1

United States Marshals Service
LIMITED OFFICIAL USE
Subject Report for ARMSTRONG, NEAL ORLANDO (FID 746038)



| 1 | 05430514 | GA | 2009 |

### Profile Information

| | | | |
|---|---|---|---|
| Money Launderer | No | DEA - GDEP | |
| "Kingpin" | No | Violent Offender | No |
| Triggerlock Case | No | International Lookout Placed | No |

### Criminal History

| Offense | Arrests | Convictions | Offense | Arrests | Convictions |
|---|---|---|---|---|---|
| Immigration | 0 | 0 | Homicide | 0 | 0 |
| Kidnapping | 0 | 0 | Rape/Sex Assault | 0 | 0 |
| Assault/Battery | 2 | 1 | Robbery | 1 | 0 |
| Burglary/Larceny | 1 | 0 | Narcotics | 3 | 2 |
| Weapons (Firearms) | 1 | 0 | Extortion | 0 | 0 |
| Weapons (Other) | 1 | 0 | BAD CHECKS | 1 | 1 |
| Forgery/Fraud | 0 | 0 | FALSE NAME/INFO-PO | 3 | 2 |

### Sex Offenses

| | | | |
|---|---|---|---|
| Arrest | No | Conviction | No |
| Registered | No | Registration Violation | No |

Profile Remarks: HINDERING APPREHENSION OF CRIMINAL: 1/0; FLEE/ELUDE OFFICER: 2/0; OBSTRUCT OFFICERS: 4/2; PROBATION VIOLATION: 3/1; CR TRESPASS: 1/1; FTA: 1/0; DUI: 2/0; DWSL: 2/0;

### Prison Information

| Seq. # | Prisoner Number | Close Date | Location |
|---|---|---|---|
| 1 | 30988-177 | 04/24/2003 | |

Usm1 1s exist for this fugitive.

### NCIC Status
*** All NCIC entries are subject to NCIC management audit & validation ***

| Seq. # | NCIC Number | Caution |
|---|---|---|
| 1 | W460771146 | No |

Date Entered : 07/12/2006
Hit Confirmation  07/17/2007
Request :
 Warrant in NCIC : 0620-0712-1301-D

Case Number: 0320-0408-0795-Z
    Case Status: CLOSED
       Originating District: 020 - GA/M MACON
    Charge Information
        Agency: USMS
        Charge: 3562, MARIJUANA - POSSESS
      Warrant Date: 04/04/2003
      Date Received: 04/04/2003
        OCDE: No
    Original Charge Information
        Charge: 3562, MARIJUANA - POSSESS
      Offense Date: 12/01/2000
        Agency: DEA
    Suspense Information
        Sequence# 1
      Renewal Date: 05/22/2003
      Days Suspended: 030
      Date Suspended: 04/22/2003
      Reason Suspended: LODGED DETAINER
    Original Agency Notified: Y
      Detained in District: 077

07/17/2007  13:53   14154367669                  US MARSHALS                     PAGE  09/09
07/17/2007  12:50   5106373674                   USMS OAKLAND



United States Marshals Service
LIMITED OFFICIAL USE
Subject Report for ARMSTRONG, NEAL ORLANDO (FID 746038)

Prison: FISHER CO JAIL, SWEETWATER, TX
Number: 746038

Close Information
Date Closed: 04/24/2003
Date Executed: 04/24/2003
Execution Code: DET LODGED; CUSTODY TAKEN
Arrested in District: D77
To Be Prosecuted: Y
Referred By: DEA
USMS Investigation: Yes
Paper Work Received: No
Close Summary: CBD-FISHER COUNTY JAIL, SWEETWATER, TEXAS

Case Number: 0620-0712-1301-D
Case Status: ACTIVE
Originating District: 020 - GA/M MACON
Lead Deputy: HURST, REGGIE

Charge Information
Agency: USMS
Charge: 5012, PROBATION VIOLATION
Warrant Date: 07/06/2006
Date Received: 07/10/2006
OCDE: No

Original Charge Information
Charge: 3562, MARIJUANA - POSSESS
Offense Date: 12/01/2000
Agency: DEA

07/17/2007 3:36 PM EDT                                                              3