UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

Office of the Clerk
U.S. District Court
201 W. Broad Ave.
Albany GA 31701

**FILED**
JUL 31 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name: U.S.A. v. Neal Orlando Armstrong
Case Number: 3:07-70426 MAG
Charges: Supervised release violation

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge   James Larson   The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 40 affidavit
original minute orders
certified copy of AO 94, Commitment to Another District

✓ Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

1:03-CR-8-001(WLS)

Date: 07/24/07

Wanda K. Sanders
Dep CLERK, U.S. DISTRICT COURT